UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN EMANUELE,                                  17-cv-7138-PGG

               Plaintiff,

      v.

ENGEL & VOLKERS U.S. HOLDINGS, INC. and
ENGEL & VOELKERS WEST HARTFORD LLC,

           Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/16/17

## NOTICE OF VOLUNTARY DISMISSAL OF ALL PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Emanuele

hereby dismisses this action against all defendants WITH PREJUDICE.

Dated:  October 8, 2017            GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_
Richard M. Garbarini (RG 5496)
250 Park Avenue, 7th Floor
New York, New York 10177
Telephone: (212) 300-5358
Facsimile: (347) 218-9478

*Attorneys or Plaintiff*

**SO ORDERED:**

_Paul G Gardephe_
**Paul G. Gardephe, U.S.D.J**
Dated: Oct. 13, 2017